# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2566
_____

AKILAH MCGANN obo J.W.,

Appellant,

v.

JECOMIAH WALKER,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Sean D. Brewer, Judge.

May 19, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Akilah McGann, pro se, Appellant.

No appearance for Appellee.